IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
CHRISTIAN C. DENOFA :
           Debtor : BK. No. 19-15752 AMC

## ORDER

AND NOW, this 9th day of January, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**ASHELY M. CHAN,**
**Bankruptcy Judge**

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

PAUL H. YOUNG, ESQ.
YOUNG, MARR & ASSOCIATES
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM, PA 19020

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
PHILADELPHIA, PA 19103

CHRISTIAN C. DENOFA
3701 CLARENDON AVENUE
PHILADELPHIA, PA 19114