*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christian C. Denofa
    Debtor(s)

Case No: 19–15752–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Terms Filed by MARK A. CRONIN on behalf of Freedom Mortgage Corporation

    on: 12/12/23

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/21/23

Timothy B. McGrath
Clerk of Court

84 – 82
Form 167