United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15752-amc |
| Christian C. Denofa | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 21, 2023 | Form ID: 167 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian C. Denofa, 3701 Clarendon Avenue, Philadelphia, PA 19114-1920 |
| 14396645 | | Freedom Mortgage Corporation, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14646575 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14388918 | ^ | MEBN | Nov 22 2023 00:40:49 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 14388919 | ^ | MEBN | Nov 22 2023 00:40:46 | Account Resolution Services, 1643 Nw 136th Ave, Sunrise, FL 33323-2857 |
| 14421066 | | Email/Text: ally@ebn.phinsolutions.com | Nov 22 2023 00:45:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14388920 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 22 2023 00:45:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14388921 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 22 2023 00:45:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14452710 | | Email/Text: megan.harper@phila.gov | Nov 22 2023 00:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14416602 | | Email/Text: BNCnotices@dcmservices.com | Nov 22 2023 00:45:00 | Emergency Care Service of PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14420708 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 22 2023 00:45:00 | FREEDOM MORTGAGE CORPORATION, Attn: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS, IN 46037-9764 |
| 14560194 | ^ | MEBN | Nov 22 2023 00:40:51 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14646576 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 22 2023 00:45:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14388922 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 22 2023 00:45:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14388923 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 22 2023 00:45:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 14388925 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 22 2023 00:45:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | | Saint Cloud, MN 56303 |
| 14388924 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 22 2023 00:45:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14398820 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2023 00:59:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14388927 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2023 00:58:56 | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14388926 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2023 00:58:49 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14388929 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2023 00:59:17 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14388928 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2023 00:58:56 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14409343 | ^ MEBN | Nov 22 2023 00:40:53 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14388930 | + Email/Text: bankruptcydepartment@tsico.com | Nov 22 2023 00:45:00 | Transworld Sys Inc/33, Attn: Compliance Dept, Po Box 15618, Wilmington, DE 19850-5618 |
| 14388931 | + Email/Text: bankruptcydepartment@tsico.com | Nov 22 2023 00:45:00 | Transworld Sys Inc/33, Pob 15609, Wilmington, DE 19850-5609 |
| 14388933 | Email/Text: edbknotices@ecmc.org | Nov 22 2023 00:45:00 | U.S. Department of Education, Po Box 4222, Iowa City, IA 52244 |
| 14388932 | + Email/Text: ECMCBKNotices@ecmc.org | Nov 22 2023 00:45:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 21, 2023 | Form ID: 167 | Total Noticed: 27 |

BRIAN CRAIG NICHOLAS
 on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

JACK K. MILLER
 on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK
 on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  mmorris@pincuslaw.com

KENNETH E. WEST
 ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
 on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MARK A. CRONIN
 on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

PAUL H. YOUNG
 on behalf of Debtor Christian C. Denofa support@ymalaw.com
 ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

THOMAS SONG
 on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christian C. Denofa
    Debtor(s)

Case No: 19−15752−amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Terms Filed by MARK A. CRONIN on behalf of Freedom Mortgage Corporation

on: 12/12/23

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/21/23

Timothy B. McGrath
Clerk of Court

84 − 82
Form 167