Certificate Number: 03621-PAE-DE-033861898

Bankruptcy Case Number: 19-15752



03621-PAE-DE-033861898

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 22, 2019</u>, at <u>7:22</u> o'clock <u>PM EST</u>, <u>Christian C Denofa</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 22, 2019</u>              By:     <u>/s/Damaris Soto</u>

                                              Name:   <u>Damaris Soto</u>

                                              Title:  <u>Credit Counselor</u>